**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**LAWRENCE ANTHONY RAY**                                                    **PLAINTIFF**

**v.**                                                        **CAUSE NO. 3:12-CV-429-CWR-FKB**

**TYRONE LEWIS**                                                          **DEFENDANT**

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States

Magistrate Judge F. Keith Ball entered on February 21, 2013, Docket No. 26, which clearly notified

the respective parties in the above-styled and numbered cause that failure to file written objections

to the findings and recommendations contained therein within fourteen (14) days from the date of

filing would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(2).

This Court, finding that there has been no submission of written objections by any party, hereby

adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is

dismissed without prejudice for failure to prosecute.

SO ORDERED, this the 12th day of March, 2013.


                                                       s/ Carlton W. Reeves
                                                       UNITED STATES DISTRICT JUDGE